# CASE ANNOUNCEMENTS

*April 25, 2014*

[Cite as *04/25/2014 Case Announcements #3*, 2014-Ohio-1772.]

## MOTION AND PROCEDURAL RULINGS

**2009–1292. State ex rel. Doner v. Zehringer.**
In Mandamus. This cause came on for further consideration upon the filing of appellant's motion for leave to file supplement to evidence.

It is ordered by the court that respondents shall file a response, if any, to the motion no later than 12:00 p.m. on Monday, April 28, 2014.

# CASE ANNOUNCEMENTS

*April 28, 2014*

[Cite as *04/28/2014 Case Announcements*, 2014-Ohio-1765.]

## MOTION AND PROCEDURAL RULINGS

**2014–0472. BAC Home Loans Servicing, L.P. v. Haas.**
Marion App. No. 9–13–40, 2014-Ohio-438. This cause is pending before the court as an appeal from the Court of Appeals for Marion County.

Upon consideration of appellants' motion for mediation, it is ordered by the court that the motion is granted. The court refers this case to mediation under S.Ct.Prac.R. 19.01 and stays all filing deadlines for this case until further notice. The court will not issue any decision on the merits of this case until mediation has concluded.

**2014–0646. State ex rel. Campbell v. Bunting.**
Marion App. No. 9–14–08. This cause was filed as a jurisdictional appeal. Upon consideration of appellant's memorandum in support of jurisdiction, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 5.01.

The clerk shall issue an order for the transmittal of the record from the Court of Appeals for Marion County, and the parties shall brief this case in accordance with the Rules of Practice of the Supreme Court of Ohio.

# MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2014–0513. Cruz v. Testa.**
Board of Tax Appeals, No. 2013–1010.

**2014–0516. Warrensville Hts. City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–1715, 2012–1748, and 2012–1749.

**2014–0521. Hilliard City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011–1704.